```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 43873
    DORIS E FURCRON
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

          Debtor
    SSN XXX-XX-5499


-----------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     The case was filed on 10/04/2005 and was confirmed 11/28/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  84.71% from remaining funds.

     The case was paid in full 11/10/2008.
-----------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                            PAID           PAID
-----------------------------------------------------------------------------
CIRCLE INLAND FURNITURE    SECURED             500.00       12.09          500.00
AAA CHECKMATE              UNSECURED        NOT FILED         .00             .00
HSBC                       UNSECURED           963.89         .00          816.47
BROTHER LOAN & FINANCE     UNSECURED           754.69         .00          639.27
CAPITAL ONE                UNSECURED          2160.82         .00         1830.34
CAPITAL ONE                UNSECURED          1687.18         .00         1429.14
CAPITAL ONE BANK           UNSECURED        NOT FILED         .00             .00
BLITT & GAINES             NOTICE ONLY      NOT FILED         .00             .00
CAPITAL ONE BANK           UNSECURED        NOT FILED         .00             .00
CHRYSLER FINANCIAL SVC A   UNSECURED        NOT FILED         .00             .00
FIRST EXPRESS              UNSECURED            27.12         .00           22.97
FIRST CONSUMERS NATIONAL   UNSECURED        NOT FILED         .00             .00
FIRST CONSUMERS NATIONAL   UNSECURED        NOT FILED         .00             .00
FIRST SAVINGS CREDIT CAR   UNSECURED        NOT FILED         .00             .00
FIRST PREMIER BANK         UNSECURED        NOT FILED         .00             .00
FIRST PREMIER BANK         UNSECURED        NOT FILED         .00             .00
HOUSEHOLD BANK             UNSECURED        NOT FILED         .00             .00
LENDER SIR FINANCE CORPO   UNSECURED        NOT FILED         .00             .00
RMI/MCSI                   UNSECURED            50.00         .00           42.35
RISK MANAGEMENT COLLECTI   UNSECURED        NOT FILED         .00             .00
AT & T BANKRUPCTY          UNSECURED        NOT FILED         .00             .00
SEARS ROEBUCK & CO         UNSECURED        NOT FILED         .00             .00
RESURGENT CAPITAL SERVIC   UNSECURED          2184.96         .00         1850.79
SPIEGEL                    UNSECURED        NOT FILED         .00             .00
FIRST CONSUMERS            NOTICE ONLY      NOT FILED         .00             .00
ROUNDUP FUNDING LLC        UNSECURED          1231.00         .00         1042.73
SIR FINANCE                UNSECURED          1156.00         .00          979.20
CITY OF CHICAGO PARKING    UNSECURED           950.00         .00          804.70
LINEBARGER GOGGAN BLAIR    NOTICE ONLY      NOT FILED         .00             .00
TIMOTHY K LIOU             DEBTOR ATTY       2,344.20                    2,344.20
TOM VAUGHN                 TRUSTEE                                         825.75
DEBTOR REFUND              REFUND                                          340.22

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 05 B 43873 DORIS E FURCRON
```

```
       Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                           RECEIPTS             DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                    13,480.22

PRIORITY                                                  .00
SECURED                                                500.00
     INTEREST                                           12.09
UNSECURED                                            9,457.96
ADMINISTRATIVE                                       2,344.20
TRUSTEE COMPENSATION                                   825.75
DEBTOR REFUND                                          340.22
                        ---------------       ---------------
TOTALS                     13,480.22              13,480.22
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
   Dated: 02/24/09                _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE